**DISMISS; and Order Filed February 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00188-CV

### JEFFORY G. SNOWDEN, Appellant

### V.

### BRIAN RAVKIND, TRACY EDMONDSON GAMBLE D/B/A FRISCO STRONG, AND MEGAN DEWOLFE, Appellees

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-02116-2018

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg

In accordance with this Court's opinion of this date, we **DISMISS** the petition for permissive appeal as untimely.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE